AO 10
Rev. 1/2009

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| YOUNG, WILLIAM G. | UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | MAY 6, 2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | JAN 1, 2008 to DEC 31, 2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| SUITE 5710 UNITED STATES COURTHOUSE 1 COURTHOUSE WAY BOSTON, MASS 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. LECTURER & FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| 2. LECTURER & FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC. |
| 3. TRUSTEE | TRUST |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 JUN -9 P 12: 17  FINANCIAL DISCLOSURE OFFICE  RECEIVED

Young, William G

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | JAN - MAY '08 | BOSTON UNIVERSITY - TEACHING INCOME | $16,400.00 |
| 2. | SEPT - DEC '08 | MASSACHUSETTS CONTINUING LEGAL ED, INC. - TEACHING | 7,500.00 |
| 3. | | THOMPSON - WEST - BOOK ROYALTY | 7,723.02 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | 2/7 | NEW YORK, N.Y. | CLE TEACHING | TRANSPORTATION |
| 2. | ALI | 2/11 - 2/17 | SAN DIEGO, CA | CLE TEACHING | FOOD, LODGING & TRANSPORTATION |
| 3. | NYIPLA | 3/28 | NEW YORK, N.Y. | MEETING | FOOD, LODGING & TRANSPORTATION |
| 4. | JOHN BELTON O'NEALL INN OF COURT | 4/17-4/19 | COLUMBIA, S.C. | ADDRESS | FOOD, LODGING & TRANSPORTATION |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, NEEDHAM, MA 1) ▨ SAVINGS, 2) IRA 3) CD's | D | INT | N | T | | | | | |
| 2. AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3. AT&T | A | DIV | J | T | | | | | |
| 4. FAIRPOINT COMMUNICATIONS, INC ~~COMMON STOCK~~ | A | DIV | J | T | BUY | 4/15 | J | | |
| 5. VERIZON COMMON STOCK | A | DIV | J | T | | | | | |
| 6. LISTED BELOW ARE THE ASSETS OF A TRUST. I AM THE TRUSTEE ADVANCED MICRO DEVICES | | | | | SOLD | 1/2 | J | A | |
| 7. ALCOA | A | DIV | | | SOLD | 2/27 | J | A | |
| 8. BRISTOL MYERS SQUIBB | B | DIV | K | T | BUY | 1/2 | K | | |
| 9. CBS CORP | B | DIV | K | T | | | | | |
| 10. CMS ENERGY CORP | | NONE | K | T | BUY | 5/8 | K | | |
| 11. FAIRPONT COMMUNICATIONS | A | DIV | J | T | BUY | 2/27 | J | | |
| 12. GENERAL ELECTRIC CAPITAL | | NONE | | | SELL | 9/17 | J | A | |
| 13. GENERAL MOTORS | A | DIV | | | BUY SELL | 2/27 7/2 | K J | A | |
| 14. HERSHEY CO. | B | DIV | K | T | | | | | |
| 15. ING GROEP | B | DIV | K | T | | | | | |
| 16. KRAFT FOODS | B | DIV | K | T | | | | | |
| 17. HOME DEPOT | | NONE | | | BUY SELL | 1/2 1/18 | K K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MERRILL LYNCH & CO INC | A | DIV | K | T | | | | | |
| 19. MICRON TECHNOLOGY | | NONE | J | T | | | | | |
| 20. ROYAL BANK OF SCOTLAND PREF | B | DIV | J | J | SELL | 9/17 | J | A | |
| 21. ROYAL BANK OF SCOTLAND | B | DIV | J | T | | | | | |
| 22. VERIZON | B | DIV | K | T | BUY | 2/27 | K | | |
| 23. WELLS FARGO PREF | | NONE | | | SELL | 9/17 | K | A | |
| 24. METROPOLITAN TRANSIT AUTHY | D | INT | M | T | | | | | |
| 25. LONG ISLAND POWER AUTHY | | NONE | | | SELL | 4/1 | K | A | |
| 26. NEW YORK CITY MUN BOND | B | INT | $ | | SELL | 4/1 | K | A | |
| 27. NEW YORK STATE DORM AUTHY | C | INT | L | T | BUY | 9/26 | K | | |
| 28. NEW YORK STATE LOCAL GOVT AUTHY | C | INT | M | T | | | | | |
| 29. NEW YORK CITY MUN WTR FIN AUTHY | A | INT | L | T | BUY | 7/2 | L | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544